GREGORY NIEMIERA, II v. DR. ALAN SCHNEIDER.

February 23, 1988.

Petition for certification granted.

IN THE MATTER OF APPROVAL OF STATEWIDE SOLID WASTE MANAGEMENT PLAN UPDATE.

February 23, 1988.

Petition for certification denied.

IRONBOUND EDUCATIONAL & CULTURAL CENTER, INC. v. CITY OF NEWARK.

February 23, 1988.

Petition for certification denied. (See 220 *N.J.Super.* 346)

JERSEY CITY REDEVELOPMENT AGENCY v. HUDSON VIEW ASSOCIATES ETC., ET AL.

February 23, 1988.

Petition for certification denied.